1

2

3

4

5

6

7

8

9

10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

11  EVA LOPEZ,                                ) Case No.: 2:23−cv−00018−SP
                                             )
12          Plaintiff,                        ) ORDER AWARDING EQUAL
                                             ) ACCESS TO JUSTICE ACT
13     vs.                                    ) ATTORNEY FEES AND EXPENSES
                                             ) PURSUANT TO 28 U.S.C. § 2412(d)
14  MARTIN O'MALLEY,                          ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,          ) U.S.C. § 1920
15                                            )
           Defendant                          )
16                                            )
                                             )
17

18          Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, Costs, and Expenses:

20          IT IS ORDERED that fees and expenses in the amount of $5,100 as

21  authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22  awarded subject to the terms of the Stipulation.

23  DATE: November 21, 2024

24  _____
    THE HONORABLE SHERI PYM
25  UNITED STATES MAGISTRATE JUDGE

26

-1-